AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

JUDY FLEMING

V.

MERCK & CO., INC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-797-MHT

TO: (Name and address of Defendant)

Merck & Co., Inc, by registered agent,
Corporation Process Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Beasley, Allen, Crow, Methvin, Portis & Miles, PC
Post Office Box 4160
Montgomery, Alabama 36103

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              9/5/07

CLERK                                         DATE

_(signature)_

(By) DEPUTY CLERK