7160 3901 9849 2975 6839

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

**Merck & Co., Inc.**
**c/o Corporation Processing Company**
**2000 Interstate Park Drive, Suite 204**
**Montgomery, AL 36109**

PS Form 3811, January 2005          Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) | B. Date of Delivery
The Corporation Company | 9-6-07
C. Signature
☒ The Corporation Company

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below: ☐ Yes  ☐ No