7160 3901 9849 2975 6839

3. Service Type  **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)*  ☐ Yes
1. Article Addressed to:

**Merck & Co., Inc.**
**c/o Corporation Processing Company**
**2000 Interstate Park Drive, Suite 204**
**Montgomery, AL 36109**

PS Form 3811, January 2005        Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
The Corporation Company           9-6-07
C. Signature
☒ The Corporation Company        ☐ Agent
                                  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No