IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUDY FLEMING, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:07-CV-797-MHT |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Merck & Co, Inc., in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public, and there are no individuals or entities owning greater than 10% of company stock.

**s/ Richard B. Garrett**

Richard B. Garrett
    Bar Number: (ASB-0782-A29R)
Robert C. Brock
    Bar Number: (ASB-5280-B61R)
F. Chadwick Morriss
    Bar Number: (ASB-8504-S75F)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.

        Post Office box 270
        Montgomery, Alabama 36101-0270
        Telephone:  334/206-3100
        Fax:  334/263-4157
        E-mail:    rbg@rsjg.com
                   rcb@rsjg.com
                   fcm@rsjg.com

**Attorneys for Defendants**

### CERTIFICATE OF SERVICE

     I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andy D. Birchfield, Jr., Esquire
Benjamin L. Locklar, Esquire
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P. C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

        **s/Richard B. Garrett**_____
        Of Counsel