**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 11, 2007

# NOTICE OF MDL TRANSFER

```
Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-151
New Orleans, LA 70130

Re:  In Re: MDL 1657 Vioxx Products Liability Litigatin
     USDC/MDAL Civil Action No. 1:07cv797-MHT
     Judy Fleming vs. Merck & Co., Inc.

Dear Clerk:

The referenced case is being transferred to your court pursuant
to the Conditional Transfer Order entered by the Judicial Panel
on Multi-District Litigation on 09/17/2007 and filed with your
court on 10/3/2007. As requested in your e-mail, the case is
being transferred electronically.  The following documents are
being sent in PDF format to the email address provided in your
request: complaint, the docket sheet, and the MDL Transfer Order.
```

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE EASTERN DISTRICT OF LOUISIANA.**

A CERTIFIED TRUE COPY

OCT - 3 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT - 3 2007
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2007

FILED
CLERK'S OFFICE

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION           MDL No. 1657

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-115)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,347 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
OCT 5 2007
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

__ Fee_____
__ Process____
X  Dktd_____
__ CtRmDep___
__ Doc. No.___

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

SCHEDULE CTO-115 - TAG-ALONG ACTIONS

EDLA
SEC.L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| ALASKA | | |
| ~~AK 4 07-21~~ | ~~Mary M. Charles, etc. v. Merck & Co., Inc., et al.~~ OPPOSED 10/3/07 | |
| ALABAMA | | |
| ALM 1   07-797 | Judy Fleming v. Merck & Co., Inc. | 07-6431 |
| FLORIDA MIDDLE | | |
| FLM 3   07-825 | William Cheek, etc. v. Merck & Co., Inc. | 07-6432 |
| MASSACHUSETTS | | |
| MA  1   07-11653 | Elizabeth T. Baskins v. Merck & Co., Inc. | 07-6433 |
| MARYLAND | | |
| MD  1   07-2356 | Sandra Golder, et al. v. Merck & Co., Inc. | 07-6434 |
| NEVADA | | |
| NV  2   07-1208 | Richard Booth v. Merck & Co., Inc., et al. | 07-6435 |
| NV  2   07-1209 | John Katsibubas, et al. v. Merck & Co., Inc., et al. | 07-6436 |
| NEW YORK EASTERN | | |
| NYE 1   07-1079 | Dorothy Sakadolsky, etc. v. Merck & Co., Inc. | 07-6437 |
| NYE 1   07-1837 | Lawrence Kohn, et al. v. Merck & Co., Inc. | 07-6438 |
| SOUTH CAROLINA | | |
| SC  3   07-2974 | Georgia Lynn Owens, etc. v. Merck & Co., Inc. | 07-6439 |
| SC  6   07-2987 | Lena E. Garrett v. Merck & Co., Inc. | 07-6440 |